**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MID-CONTINENT CASUALTY COMPANY,

        Petitioner,

                          Case No.: 6:09-cv-1065-Orl-31GJK

v.

FRANK CASSERINO CONSTRUCTION, INC.
and CED CONSTRUCTION PARTNERS, LTD.,

        Respondents.
_____/

**MID-CONTINENT CASUALTY COMPANY'S RESPONSE**
**TO CED CONSTRUCTION PARTNERS, LTD.'S MOTION TO LIFT STAY**

    COMES NOW the Petitioner, Mid-Continent Casualty Company ("Mid-Continent"), by and through undersigned counsel, and files this response to the Motion to Lift Stay filed by CED Construction Partners, Ltd. ("CED"). *See* D.E. 60. In support hereof, Mid-Continent states as follows:

**ARGUMENT**

    On August 17, 2010, at a preliminary pretrial conference, this Court entered a stay of this matter pending resolution of two underlying actions. *See* D.E. 58. On August 30, 2010, CED filed a motion to lift the stay for the purpose of propounding supplemental discovery to Mid-Continent. *See* D.E. 60. CED's motion should be denied for the reasons stated below.

    First, the discovery deadline in this matter was March 26, 2010, over five months ago. CED's new-founded reason for having to conduct this late discovery is its apparent discovery of a 2009 case wherein a policy contained an endorsement regarding manifestation of damage. *See* D.E. 60 at ¶ 4 (citing *Keenan Hopkins v.*

*Continental Cas. Co.*, 653 F. Supp.2d 1255 (M.D. Fla. 2009). This *Keenan Hopkins* case was decided in September 2009, approximately two months after this declaratory action was filed and seven months prior to the close of discovery. *Id.* Accordingly, the *Keenan Hopkins* case does not present any new facts such that a lift of the stay and reopening of discovery is warranted.

In addition, the endorsement at issue in the *Keenan Hopkins* case is simply not at issue in this declaratory action so as to affect the issues of coverage under Mid-Continent's policy. Moreover, this Court has already determined as a matter of law that with respect to coverage under Mid-Continent's policy, Florida applies a manifestation trigger. *See* D.E. 43 at 11. Accordingly, CED's proposed discovery with respect to an endorsement which is not on Casserino's policies and which regards an issue upon which the Court has already ruled is not reasonably calculated to lead to the discovery of admissible evidence so as to justify lifting the stay.

In its motion, CED states that it seeks to propound "limited" and "narrowly-tailored" discovery that will not "unduly burden" Mid-Continent. *See* D.E. 60 at ¶¶ 7-9. Yet, the interrogatory and document request are not limited in time or scope and seek information regarding Mid-Continent's institutional and global underwriting of policies. *See* D.E. 60 at Exs. A and B. In addition to being overbroad and irrelevant, the proposed discovery seeks information and documents which would otherwise constitute extrinsic evidence. Such extrinsic evidence cannot be considered by this Court absent an ambiguity in the policies, and the Court has already ruled on the issue to which the discovery is directed. Accordingly, the stay should not be lifted to allow for CED's untimely and improper discovery.

## **CONCLUSION**

WHEREFORE, for the foregoing reasons, Mid-Continent respectfully requests that the Court deny CED's Motion to Lift Stay.

Respectfully submitted,

| | |
|---|---|
| /s/ John R. Catizone | /s/ Stacey L. Papp |
| John R. Catizone, FBN 0695491 | Stacey L. Papp, FBN 0041817 |
| Litchfield Cavo, LLP | Litchfield Cavo LLP |
| 600 Corporate Drive, Suite 600 | 5201 West Kennedy Blvd., Suite 450 |
| Fort Lauderdale, FL 33334 | Tampa, FL 33609 |
| 954-689-3000   954-689-3001 (fax) | 813-289-0690   813-289-0692 (fax) |
| Email: catizone@litchfieldcavo.com | Email: papp@litchfieldcavo.com |

*Attorneys for Mid-Continent*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2010, I filed the foregoing *Response to CED's Motion to Lift Stay* using CM/ECF, which will send a Notice of Electronic Filing to the following attorneys:

Kevin S. Kelly, Esq.
Mario Romero, Esq.
Gray Robinson, P.S.
301 East Pine St, Suite 1400
Orlando, FL 32802
Email: kkelly@gray-robinson.com
          Mario.romero@gray-robinson.com

/s/ John R. Catizone
John R. Catizone